(September 22, 1960)

■ ELBERTA HALPIN, as Administratrix of the Estate of FRANCIS HALPIN, Deceased, Appellant, v. R. C. CANNON et al., Respondents.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Erie Special Term granting leave to defendants to serve amended answers.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ RUSSELL TORRE, Respondent, v. JOSEPH P. DANIEL, Appellant. (And Three Associated Cases.) — Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Erie Special Term denying motion by defendant to set aside service in each of the actions.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.